186 So.2d 627

**Manuel L. PLUMMER**

**v.**

**TRADERS & GENERAL INSURANCE COMPANY et al.**

**No. 48156.**

June 7, 1966.

In re: Maryland Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vernon. 183 So.2d 467.

The application is denied. There is no error of law in the judgment complained of.